**In re L.C. LICENSING, INC.**

**No. 02–1050.**

United States Court of Appeals,
Federal Circuit.

DECIDED: July 10, 2002.

Before MICHEL, SCHALL and LINN,
Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.